EAST CAROLINA LUMBER COMPANY v. PAMLICO COUNTY; WARREN LAND AND TIMBER COMPANY, INCORPORATED; H. RATCLIFF TURNER, TRUSTEE; J. R. PASCHALL, AND T. D. WARREN, JR., RECEIVER.

(Filed 23 September, 1959.)

APPEAL by plaintiff from *Stevens, J.,* Regular Judge holding the courts of the Third Judicial District, at consent hearing in Chambers during February Term, 1959, of Craven Superior Court. From PAMLICO.

Civil action to remove alleged clouds from title to real estate and to recover damages for trespass. Demurrers to amended complaint were sustained and the action dismissed. Plaintiff excepted and appealed.

*Hugh L. Willcox, Royce C. McClelland and Jones, Reed & Griffin for plaintiff, appellant.*

*Barden, Stith & McCotter, Ward & Tucker, Rodman & Rodman, Norman & Rodman, Thorp, Spruill, Thorp & Trotter, R. A. Nunn, B. B. Hollowell and R. E. Whitehurst for defendants, appellees.*

PER CURIAM. This action was commenced by summons issued August 12, 1958.

While different parties defendant and different lands are involved, plaintiff's appeal presents the questions decided in *Lumber Co. v. Pamlico County, ante,* 681, filed simultaneously herewith. On authority thereof, the portion of the judgment sustaining the demurrers is affirmed, but the portion thereof dismissing the action is erroneous and should be stricken therefrom. It is so ordered. As so modified, the judgment is affirmed.

Modified and affirmed.

PARKER, J., took no part in the consideration or decision of this case.

HIGGINS, J., not sitting.